IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Mt. Hawley Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.:  2:19-cv-2550-RMG |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANTS CARRIAGE HILL** |
| Carriage Hill Associates of Charleston, | ) | **ASSOCIATES OF CHARLESTON, LLC AND** |
| LLC, DI Associates, LLC, and The Oaks at | ) | **DI ASSOCIATES, LLC's** |
| Riverside South Property Owners | ) | **EXPERT WITNESS DISCLOSURE** |
| Association, Inc., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Defendants Carriage Hill Associates of Charleston, LLC and DI Associates, LLC hereby identify the expert witness they may call at the trial of this matter pursuant to Rule 26(a)(2), FRCP, as follows:

> **R. Bryan Tilden, CPCU, CLU, ARM, ALCM, ChFC, CIC, SCLA**
> **Tilden and Associates**
> **526 Red Gate Road**
> **Pittsboro NC 27312-7934**
> **(919) 542-1042**

The undersigned certifies that pursuant to Rule 26(a)(2)(B), FRCP, he is today serving counsel via email and U.S. Mail with a written report by Mr. Tilden.

July 31, 2020.

s/ C. Daniel Atkinson
Michael B.T. Wilkes (Fed ID 4658)
C. Daniel Atkinson (Fed ID 9626)
Wilkes Law Firm, P.A.
127 Dunbar Street, Suite 200
Spartanburg, South Carolina 29306
(864) 591-1113
mwilkes@wilkeslaw.com
datkinson@wilkeslaw.com
*Attorneys for Defendants DI Associates,*
*LLC and Carriage Hill Associates of*
*Charleston, LLC*